

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Maria Duria Chavelas, Individually, also known as Maria Duria Wilhelm d/b/a International Legal Services-Abogados, d/b/a Abogados Sin International Legal Services and d/b/a Attorney's without Borders, | § | No. 08-19-00081-CV |
| | § | Appeal from the |
| | § | 346th District Court |
| | § | of El Paso County, Texas |
| Appellant, | § | (TC# 2014DCV1634) |
| v. | § | |
| The State of Texas, | § | |
| Appellee. | § | |
| | § | |
| | § | |

## **O R D E R**

On December 14, 2018, Appellant, Maria Duria Chavelas, filed with the trial court a Statement of Inability to afford to pay costs on appeal. *See* TEX.R.CIV.P. 145. The Court provided the court reporter, clerk, and Appellee an opportunity to contest that Statement of Inability. The court reporter, Mary Elizabeth Bonney, filed a challenge pursuant to Rule 145. We conclude that it is necessary for the trial court to conduct a hearing as contemplated by Rule 145. It is therefore ordered that the trial court conduct a hearing to determine whether Appellant is able to afford to pay for the reporter's record. The hearing should be conducted as soon as practicable, but Appellant must be given ten days' notice of the hearing. *See* TEX.R.CIV.P. 145.

1

The trial court must issue an order which complies with TEX.R.CIV.P. 145(f)(6). In the event that the trial court finds that Appellant can afford to pay costs, Appellant is permitted to challenge that ruling by motion filed in this Court pursuant to TEX.R.APP.P. 145(g) no later than ten days after the order is signed. The trial court shall forward its order to the District Clerk of El Paso County, Texas as soon as practicable after the hearing, but no later than three days after the order is signed. The District Clerk shall prepare and forward a supplemental clerk's record containing the order to this Court as soon as possible, but no later than five days after the trial court files the order. It will not be necessary for the court reporter to file a record of the hearing unless the trial court rules that Appellant isable to afford to pay for the reporter's record. All appellate deadlines shall be suspended pending resolution of these issues. The Court will issue an order reestablishing the appellate deadlines.

IT IS SO ORDERED this 16th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.

2